ASHBY R. ROTH, VINCENT P. ROTH AND ASHBY D. ROTH, MINORS BY THEIR GUARDIAN AD LITEM ASHBY R. ROTH v. PATRICIA A. PARSONS

No. 7226SC609

(Filed 22 November 1972)

Parent and Child § 4— alienation of affection of parent — no right of action

Minor children may not maintain an action for the alienation of the affection of their father.

APPEAL by plaintiffs Vincent P. Roth and Ashby D. Roth from *McLean, Judge,* at the Regular 22 May 1972 Civil "C" Session of MECKLENBURG Superior Court.

In this action, commenced on 14 March 1972, plaintiff Ashby R. Roth seeks to recover for (1) alienation of affection of her husband by defendant and (2) criminal conversation by defendant with her husband. In a third cause of action the minor plaintiffs seek to recover for the alienation of affection of their father by defendant.

As to the third cause of action defendant moved for judgment on the pleadings pursuant to G.S. 1A-1, Rule 12, or, in the alternative, for summary judgment pursuant to G.S. 1A-1, Rule 56. Following a hearing the court sustained defendant's motion and from judgment dismissing their action, the minor plaintiffs appealed.

*Richard A. Cohan for plaintiff appellant.*

*Wade and Carmichael by R. C. Carmichael, Jr., for defendant appellee.*

BRITT, Judge.

We hold that the court properly dismissed the third cause of action. Although appellants attempt to distinguish their case from *Henson v. Thomas,* 231 N.C. 173, 56 S.E. 2d 432 (1949), we think the legal principles in the cases are the same and that the majority opinion in *Henson* is controlling here. For that reason, the judgment appealed from is

Affirmed.

Chief Judge MALLARD and Judge BROCK concur.